IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| HARRISON COUNTY, MISSISSIPPI; CITY OF BILOXI, MISSISSIPPI; CITY OF D'IBERVILLE, MISSISSIPPI; CITY OF PASS CHRISTIAN, MISSISSIPPI; MISSISSIPPI HOTEL AND LODGING ASSOCIATION; and MISSISSIPPI COMMERCIAL FISHERIES UNITED, INC. | PLAINTIFFS |
| v. | CAUSE NO. 1:24CV21-LG-BWR |
| U.S ARMY CORPS OF ENGINEERS | DEFENDANT |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order entered herewith, this Court finds that Plaintiffs do not have standing to assert their claims.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiffs' claims against Defendant U.S. Army Corps of Engineers should be **DISMISSED** for lack of jurisdiction.

**SO ORDERED AND ADJUDGED** this the 18th day of September, 2024.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE