IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| HARRISON COUNTY MISSISSIPPI, )<br>CITY OF BILOXI MISSISSIPPI, )<br>CITY OF D'IBERVILLE, MISSISSIPPI, )<br>CITY OF PASS CHRISTIAN, MISSISSIPPI, )<br>MISSISSIPPI HOTEL AND LODGING )<br>ASSOCIATION, and MISSISSIPPI )<br>COMMERCIAL FISHERIES UNITED, INC. )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>U.S. ARMY CORPS OF ENGINEERS )<br>)<br>**Defendant.** )<br>_____ ) | Case No.: 1:24-cv-00021 -LG-BWR |

## NOTICE OF APPEAL

Notice is hereby given that the Harrison County Mississippi, the City of Biloxi, Mississippi, the City of D'Iberville, Mississippi, the City of Pass Christian, Mississippi, the Mississippi Hotel and Lodging Association and Mississippi Commercial Fisheries United, Inc., (hereafter Plaintiffs), Plaintiffs in the above-named case, appeal to the United States Court of Appeals for the Fifth Circuit from the final decision and order, entered September 19, 2024, granting summary judgment in favor of Defendant U.S. Army Corps of Engineers, on all claims brought by Plaintiffs.

Dated: October 28, 2024.

1

Respectfully submitted,

/s/ Robert B. Wiygul
Robert B. Wiygul (MSB #7348)
Waltzer Wiygul & Garside LLC
PO Box 2008
Ocean Springs, MS 39566
Tel: (228) 872-1125
robert@wwglaw.com
*Attorneys for Plaintiffs*

/s/ Gerald H. Blessey
Gerald H. Blessey (MSB #3591)
Gerald Blessey Law Firm
2577 Chatham Ct.
Biloxi, MS 39531
Tel: (228) 806-4755
blesseylaw@me.com
*Attorney for Plaintiffs*

/s/ Timothy C. Holleman
Timothy Holleman (MSB #2526)
Boyce Holleman & Associates
1720 23rd Avenue
Gulfport, MS 39501
Tel: (228) 863-3142
Fax: (228) 863-9829
tim@boyceholleman.com
*Attorney for Harrison County, Mississippi*

/s/ W. F. "Dub" Hornsby
W.F. "Dub" Hornsby (MSB #100712)
Hornsby Watts PLLC
1025 Howard Avenue
Biloxi, MS 39530
Tel: (228) 207-2990
Fax: (866) 271-4393
wfh@hornsbywatts.com
*Attorney for City of D'Iberville, Mississippi*

/s/ Peter C. Abide
Peter C. Abide (MSB #1026)
Currie Johnson & Myers
925 Tommy Munro Dr. Ste. H
Biloxi, MS 39532
Tel: (228) 385-1010
Fax: (228) 385-1011
pabide@curriejohnson.com
*Attorney for City of Biloxi, Mississippi*

/s/ Malcolm F. Jones
831 E. Scenic Drive
Pass Christian, MS 39571
Tel: (228) 861-9368
cityattorney@pass-christian.com
*Attorney for City of Pass Christian, Mississippi*

**CERTIFICATE OF SERVICE**

I, Robert B. Wiygul, of counsel for the Plaintiffs, hereby certify that I have served a copy of this notice to all counsel through their registered ECF email address this 28th day of October, 2024.

/s/ Robert B. Wiygul
Robert B. Wiygul