# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 9, 2025
Lyle W. Cayce
Clerk

No. 24-60553

---

HARRISON COUNTY, MISSISSIPPI; CITY OF BILOXI, MISSISSIPPI; CITY OF D'IBERVILLE, MISSISSIPPI; CITY OF PASS CHRISTIAN, MISSISSIPPI; MISSISSIPPI HOTEL AND LODGING ASSOCIATION; MISSISSIPPI COMMERCIAL FISHERIES UNITED, INCORPORATED,

*Plaintiffs—Appellants,*

*versus*

UNITED STATES ARMY CORPS OF ENGINEERS,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:24-CV-21

---

## JUDGMENT

Before JONES, STEWART, and RAMIREZ, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 24-60553

IT IS FURTHER ORDERED that Appellants pay to Appelle the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

Certified as a true copy and issued
as the mandate on **Dec 01, 2025**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**